**TORRES| TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLAIRS FLORES-LOPEZ,<br><br>Defendant | Case No.: 19-cr-00158 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, LLAIRS FLORES-LOPEZ, hereby waives his appearance in person in open court upon the status conference set for Monday, September 30, 2019 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: September 25, 2019   */s/ Llairs Flores-Lopez*
   LLAIRS FLORES-LOPEZ

Date: September 25, 2019   */s/David A. Torres*
   DAVID A. TORRES,
   Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Llairs Flores-Lopez is excused from appearing at the court hearing scheduled for Monday, September 30, 2019.

IT IS SO ORDERED.

Dated: **September 25, 2019**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE