McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00158-LJO-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LLAIRS SALVADOR FLORES-LOPEZ, | DATE: September 30, 2019<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 30, 2019.

2. By this stipulation, defendant now moves to continue the status conference until November 25, 2019, and to exclude time between September 30, 2019, and November 25, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes photographs, videos, as well as multiple reports and transcripts. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, review

| | |
|---|---|
| 1 | discovery, prepare pretrial motions, discuss potential resolutions with his client, and otherwise |
| 2 | prepare for trial. |

        c)         Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)         The government does not object to the continuance.

        e)         Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2019 to November 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 26, 2019                              McGREGOR W. SCOTT
                                                                            United States Attorney

                                                                            /s/ MICHAEL W. REDDING
                                                                            MICHAEL W. REDDING
                                                                            Assistant United States Attorney

Dated: September 26, 2019          /s/ DAVID TORRES
                                   DAVID TORRES
                                   Counsel for Defendant
                                   LLAIRS SALVADOR
                                   FLORES-LOPEZ

**ORDER**

The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances must be filed through ECF by Thursday at noon prior to the Monday hearing." The Court will consider an exception to the timeliness of the request *only* in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline, which has not been established in this case.

IT IS SO ORDERED.

Dated:  **September 30, 2019**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE