**TORRES| TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLAIRS FLORES-LOPEZ,<br><br>Defendant | Case No.: 19-cr-00158 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, LLAIRS FLORES-LOPEZ, hereby waives his appearance in person in open court upon the status conference set for Monday, December 2, 2019 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: November 26, 2019                          */s/ Llairs Flores-Lopez*_____
                                                 LLAIRS FLORES-LOPEZ

Date: November 26, 2019, 2019                    */s/David A. Torres*_____
                                                 DAVID A. TORRES,
                                                 Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Llairs Flores-Lopez is hereby excused from appearing at this court hearing scheduled for Monday, December 2, 2019.

IT IS SO ORDERED.

Dated:  **November 26, 2019**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE