**TORRES| TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLAIRS FLORES-LOPEZ,<br><br>Defendant | Case No.: 1:19-cr-00158 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, LLAIRS FLORES-LOPEZ, hereby waives his appearance in person in open court upon the status conference set for Monday, March 2, 2020 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: February 27, 2020      */s/ Llairs Flores-Lopez*_____
                             LLAIRS FLORES-LOPEZ


Date: February 27, 2020      */s/David A. Torres*_____
                             DAVID A. TORRES,
                             Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant Llairs Flores-Lopez is hereby excused from appearing at this court hearing scheduled for Monday, March 2, 2020.

IT IS SO ORDERED.

Dated: **February 27, 2020**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE