**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS SALVADOR FLORES-LOPEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LLAIRS SALVADOR FLORES-LOPEZ, <br><br> Defendant | Case No.: 1:19-cr-00158 NON-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MICHAEL REDDING, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Lairs Salvador Flores-Lopez, by and through his attorney of record, David A. Torres hereby requesting that the status conference hearing currently set for Monday, June 15, 2020 be continued to Monday, September 21, 2020.

There are several remaining issues which counsel must investigate. In addition, time is needed to negotiate a plea agreement. This investigation is ongoing, though has been hampered by the COVID-19 pandemic and attendant restrictions on travel and meeting in person. Counsel for the defendant believe that a failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence. I have spoken to AUSA Michael Redding, and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1), and that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2020 to September 21, 2020, inclusive, is deemed excludable.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/11/20                               */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Llairs Sandoval Flores-Lopez


DATED: 6/11/20                               */s/Michael Redding*
MICHAEL REDDING
Assistant U.S. Attorney


**ORDER**

Pursuant to the parties' above stipulation, the status conference is continued to Monday, September 21, 2020.

IT IS SO ORDERED.

Dated:   **June 12, 2020**                         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25