1
**TORRES | TORRES STALLINGS AND ASSOCIATES**
David A. Torres, SBN135059
2
1318 K. Street
Bakersfield, CA 93301
3
Tel: (661)326-0857
Fax: (661)326-0936
4
Email: dtorres@lawtorres.com

5
Attorney for:
LLAIRS FLORES-LOPEZ
6

7
### IN THE UNITED STATES DISTRICT COURT

8
### FOR THE EASTERN DISTRICT OF CALIFORNIA

9
 

UNITED STATES OF AMERICA,
10

Plaintiff,
11

vs.
12
LLAIRS FLORES-LOPEZ,

13
Defendant

14

| | |
|---|---|
| ) | Case No.: 19-CR-00158 LJO-SKO |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** |
| ) | **ALLOW DEFENDANT TO TRAVEL** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

15
TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16
DROZD AND MICHAEL REDDING, ASSISTANT UNITED STATES ATTORNEY:

17
    **COMES NOW** Defendant, LLAIRS FLORES-LOPEZ, by and through his attorney of

18
record, DAVID A. TORRES hereby requests that he be allowed to travel out of Kern County

19
immediately forthwith and returning July 21, 2020.

20
    Mr. Flores-Lopez has informed my office that his maternal grandmother recently passed

21
away. He would like to travel to Phoenix, Arizona to be with his mother and family during this

22
difficult time. Mr. Flores-Lopez, will be traveling via automobile with his wife Gabriella (who

23
has been appointed as his third party custodian), and his son; Llair Gael (age 3). The defendant

24
anticipates driving directly to his mother's residence, which is located at 5748 West Holly Street,

25
Phoenix, Arizona.

Summary of Pleading - 1

1    Mr. Flores-Lopez was released to a third-party custodian, Gabriela Ramirez Lopez and

2   has been in compliance with all the terms of his supervised release.  He is scheduled for a status

3   conference hearing on September 21, 2020.

4    I have spoken to AUSA Michael Redding and he has no objection to allowing the

5   defendant to travel to Phoenix, Arizona.  The court should note that Mr. Flores-Lopez will be

6   away from his residence and off the monitor. Moreover, Pre-Trial Services officer Anthony

7   Perez has been notified of Mr. Flores-Lopez' intent to file this request.

8   //

9    **IT IS SO STIPULATED.**

10                                                                  Respectfully Submitted,

11   DATED:  July 15, 2020                                   */s/ David A Torres*         ___
                                                             DAVID A. TORRES
12                                                            Attorney for Defendant
                                                             LLAIRS FLORES-LOPEZ
13

14   DATED: July 15, 2020                                   */s/ Michael Redding*_____
                                                             MICHAEL REDDING
15                                                           Assistant U.S. Attorney

16

17

18                               **ORDER**

19

20    **IT IS SO ORDERED** that defendant be allowed to travel to Phoenix, Arizona

21   immediately forthwith and return July 21, 2020.

     IT IS SO ORDERED.
22

23    Dated:   **July 15, 2020**          ___/s/ *Barbara A. McAuliffe*_____
                                          UNITED STATES MAGISTRATE JUDGE
24

25