McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00158 NON-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LLAIRS SALVADOR FLORES-LOPEZ, | DATE: November 18, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 16, 2020.

2. By the Court's order, this matter was re-set for status on November 18, 2020.

3. By this stipulation, defendant now moves to continue the status conference until January 20, 2021, and to exclude time between November 16, 2020, and January 20, 2021, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of reports, photographs, warrants, and several videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review discovery, consult with his client, discuss resolution of the case with government counsel and his client, prepare motions for trial, prepare possible defenses, and otherwise prepare for trial. The ongoing COVID-19 pandemic and its attendant restrictions on travel and in-person meetings has made this preparation particularly difficult and counsel accordingly requires additional time to ensure that such preparation is adequate.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2020 to January 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2020         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ MICHAEL W. REDDING
                                 MICHAEL W. REDDING
                                 Assistant United States Attorney

Dated: November 12, 2020         /s/ David Torres
                                 David Torres
                                 Counsel for Defendant
                                 LLAIRS SALVADOR
                                 FLORES-LOPEZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __**November 13, 2020**__         __/s/ *Sheila K. Oberto*__
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3