**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS SALVADOR FLORES-LOPEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>LLAIRS SALVADOR FLORES-LOPEZ,<br><br>            Defendant | Case No.: 1:19-cr-00158 NONESKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MICHAEL REDDING, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Lairs Salvador Flores-Lopez, by and through his attorney of record, David A. Torres hereby requesting that the status conference hearing currently set for Wednesday, January 20, 2021 be continued to Wednesday, March 17, 2021.

The parties have been engaged in plea negotiations and AUSA Redding indicates the government is in the process of tendering a formal plea offer. I have spoken to AUSA Michael Redding and he has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

1   **IT IS SO STIPULATED.**

Respectfully Submitted,

3   DATED: January 13, 2021                    */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                Llairs Sandoval Flores-Lopez

7   DATED: January 13, 2021                    */s/Michael Redding*
                                                MICHAEL REDDING
                                                Assistant U.S. Attorney

11                          **ORDER**

12   Pursuant to the parties' Stipulation, the status conference hearing set on Wednesday, January 20, 2021, be continued to Wednesday, March 17, 2021.

15   IT IS SO ORDERED.

16   Dated:   **January 13, 2021**              /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE