PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLAIRS SALVADOR FLORES-LOPEZ,<br><br>Defendant. | CASE NO. 1:19-CR-00158 NON-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; REQUEST TO SET FOR CHANGE OF PLEA BEFORE THE DISTRICT COURT JUDGE; FINDINGS AND ORDER<br><br>DATE: June 30, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on June 30, 2021.

2.  By this stipulation, defendant now moves to continue the status conference until July 30, 2021, and to exclude time between June 30, 2021, and July 30, 2021, under Local Code T4.

3.  The parties further request that the July status conference be converted to a change of plea hearing at 9:30 a.m. on July 30, 2021 before the assigned District Court Judge, the Honorable Judge Dale A. Drozd.

4.  The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes hundreds of pages of reports, photographs, warrants, and several videos. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to review discovery, consult with his client, discuss resolution of the case with government counsel and his client, prepare motions for trial, prepare possible defenses, and otherwise prepare for trial. Counsel has received a signed plea form from the defendant and anticipates that the defendant will enter a change of plea on July 30, 2021. Notwithstanding that anticipated change of plea, until the defendant enters a change of plea, defense counsel will continue preparing the case for trial, and will continue to need time to prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2021 to July 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 28, 2021

PHILIP A. TALBERT
Acting United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated: June 28, 2021

/s/ David Torres
David Torres
Counsel for Defendant
LLAIRS SALVADOR
FLORES-LOPEZ

# FINDINGS AND ORDER

IT IS SO ORDERED.

DATED: 6/29/2021

*/s/ Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE