**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS SALVADOR FLORES-LOPEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLAIRS SALVADOR FLORES-LOPEZ,<br><br>Defendant | Case No.: 1:19-CR-00158 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Llairs Salvador Flores-Lopez, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, November 19, 2021, be continued to Friday, December 10, 2021.

I was informed on Thursday, September 9, 2021, that Mr. Flores-Lopez was admitted to Kaweah Health Medical Center due to kidney failure. His wife also informed me that upon his release, he was scheduled for follow-up appointments. Defense counsel and Mr. Flores-Lopez were scheduled to meet with United States Probation Officer Jesse Mora on Wednesday, September 22, 2021, to conduct a PSI interview. Due to doctor's appointments, Mr. Flores-Lopez' counsel is requesting the PSI referral/schedule be modified to allow Mr. Flores-Lopez to

conduct the interview at a later date. I have spoken to AUSA Laurel Montoya, and she does not object to continuing the sentencing hearing. The following dates are as follows:

| | |
|---|---|
| [Draft] Report Available to Defense Counsel and AUSA | October 29, 2021 |
| Informal Objections Due to Probation and Opposing Counsel | November 12, 2021 |
| [Final] Report Filed with Court and Disclosed to Counsel | November 19, 2021 |
| Formal Objections Filed with Court and Served on Probation and Opposing Counsel | November 26, 2021 |
| Reply, or Statement of Non-Opposition: | December 3, 2021 |
| Judgement and Sentencing Date: | December 10, 2021 |

**IT IS SO STIPULATED.**

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: September 27, 2021　　　　　　　　　*/s/ David A Torres*___
　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Llairs Flores-Lopez


DATED: September 27, 2021　　　　　　　　　*/s/Laurel J. Montoya*_____
　　　　　　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Friday. December 10, 2021, and the PSI schedule be amended to the following:

| | |
|---|---|
| [Draft] Report Available to Defense Counsel and AUSA | October 29, 2021 |
| Informal Objections Due to Probation and Opposing Counsel | November 12, 2021 |
| [Final] Report Filed with Court and Disclosed to Counsel | November 19, 2021 |
| Formal Objections Filed with Court and Served on Probation and Opposing Counsel | November 26, 2021 |
| Reply, or Statement of Non-Opposition: | December 3, 2021 |
| Judgement and Sentencing Date: | December 10, 2021 |

IT IS SO ORDERED.

Dated: __**September 29, 2021**__      _____
UNITED STATES DISTRICT JUDGE