TORRES |TORRES AND ASSOCIATES
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLAIRS FLORES-LOPEZ,<br><br>Defendants. | Case No. 1:19-CR-00158 NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Llairs Flores-Lopez, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Friday, December 10, 2021, be continued to February 25, 2022, at 8:30 a.m.

The defendant entered a plea of guilty on August 13, 2021.  Prior to and since the time of plea, the defendant suffered medical issues requiring him to undergo kidney dialysis.  The defendant has also committed to providing a proffer so as to qualify him for Safety Valve eligibility.  Due to health issues and defense counsel's schedule, we have been unable to undergo a proffer.  Counsel has spoken to AUSA, Laurel Montoya and she has not objection to the continuance.

**IT IS SO STIPULATED.**

                                                    Respectfully Submitted,

DATED: December 3, 2021　　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　LLAIRS FLORES-LOPEZ

DATED: December 3, 2021　　　　　　　　　　　*/s/ Laurel J. Montoya*
　　　　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation and good cause appearing, the sentencing hearing in this case is hereby continued to Friday, February 25, 2022, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 6, 2021**　　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2