1  TORRES |TORRES AND ASSOCIATES
   A LAW CORPORATION
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Email: dtorres@lawtorres.com

5
   Attorney for:
6  LLAIRS FLORES-LOPEZ

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,               Case No. 1:19-CR-00158 JLT-SKO

12            Plaintiff,

13     v.                                  **STIPULATION AND ORDER TO
                                           CONTINUE THE SENTENCING DATE**
14 LLAIRS FLORES-LOPEZ,

15            Defendants.

16

17 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

18 DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

19     **COMES NOW** Defendant, Llairs Flores-Lopez, by and through his attorney of record,

20 David A. Torres, hereby requesting that the sentencing hearing currently set for Friday, February

21 25, 2022, be continued to May 13, 2022, at 8:30 a.m.

22     As of recent, our office was informed the defendant was continuing undergoing kidney

23 dialysis.  Because of this, he has not had an opportunity to debrief with law enforcement.  The

24 defendant remains interested in providing a debrief.  The defendant agrees to exclude time for

25 sentencing in order to allow for said debrief.  Counsel has spoken to AUSA, Laurel Montoya and

26 she has not objection to the continuance.

27

28
                                           1

1    **IT IS SO STIPULATED.**

Respectfully Submitted,

2

3    DATED: February 18, 2022                    */s/ David A Torres*      ___
                                                  DAVID A. TORRES
4                                                 Attorney for Defendant
                                                  LLAIRS FLORES-LOPEZ
5

6

7    DATED: February 18, 2022                    */s/ Laurel J. Montoya*      _
                                                  LAUREL J. MONTOYA
8                                                 Assistant U.S. Attorney

9

10
                                **ORDER**
11

12        **IT IS SO ORDERED** that the sentencing hearing be continued to Friday, May 13, 2022,

13   at 8:30 a.m.

14
     IT IS SO ORDERED.
15

16      Dated:   **February 22, 2022**          _____
                                                 UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2