1  TORRES |TORRES AND ASSOCIATES
   A LAW CORPORATION
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   LLAIRS FLORES-LOPEZ
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          Case No. 1:19-CR-00158 JLT-SKO
12           Plaintiff,
13      v.                             **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE**
14  LLAIRS FLORES-LOPEZ,
15           Defendants.
16
17  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
18  DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:
19       **COMES NOW** Defendant, Llairs Flores-Lopez, by and through his attorney of record,
20  David A. Torres, hereby requesting that the sentencing hearing currently set for Friday, May 13,
21  2022, be continued to July 22, 2022, at 8:30 a.m.
22       The defendant, herein, has requested an opportunity to debrief. Counsel for the defendant
23  has been engaged in a felony jury trial over the past month and has been unable to schedule a
24  debriefing date. Although trial has ended, the Special Agent assigned is not available to conduct a
25  proffer until early June. I have spoken to AUSA Laura Montoya, and she has no objection to the
26  continuance.
27
28

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 10, 2022                    */s/ David A Torres*
                                       DAVID A. TORRES
                                       Attorney for Defendant
                                       LLAIRS FLORES-LOPEZ


DATED: May 10, 2022                    */s/ Laurel J. Montoya*
                                       LAUREL J. MONTOYA
                                       Assistant U.S. Attorney


## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Friday, July 22, 2022, at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **May 11, 2022**

                                       UNITED STATES DISTRICT JUDGE