TORRES |TORRES AND ASSOCIATES
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LLAIRS FLORES-LOPEZ,<br><br>Defendants. | Case No. 1:19-CR-00158 JLT SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Llairs Flores-Lopez, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for Friday, July 22, 2022, at 9:00 a.m., be continued to August 12, 2022, at 9:00 a.m.

The defense is seeking additional time to prepare for sentencing, herein.  The defendant has been ill, and counsel has had difficulty in scheduling an appointment due to his illness.  Counsel requires additional time to prepare a sentencing statement.  Moreover, there are issues regarding sentencing which I must discuss with AUSA Montoya.  I have communicated with

1

AUSA Montoya this morning. She does not object to a continuance. Both Counsel have agreed to August 12, 2022, so long as the court has that day available.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 19, 2022              */s/ David A Torres*
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  LLAIRS FLORES-LOPEZ


DATED: July 19, 2022              */s/ Laurel J. Montoya*
                                  LAUREL J. MONTOYA
                                  Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Friday, August 12, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 19, 2022**                    _____
                                              UNITED STATES DISTRICT JUDGE

2