**TORRES | TORRES STALLINGS
A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
LLAIRS FLORES-LOPEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00158 JLT-SKO |
| Plaintiff, | **ORDER TO EXTEND SURRENDER DATE** |
| vs. | |
| LLAIRS FLORES-LOPEZ , | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LLAIRS FLORES-LOPEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the surrender date be extended from October 12, 2022, to December 19, 2022 for the following reason(s):

Mr. Flores-Lopez was diagnosed with End Stage Renal Disease. His condition requires him to undergo life-sustaining in-center hemodialysis to address his deficiency. In accordance with the courts order, the United States Marshal's Office/BOP, has placed him at the MCFP Springfield facility, located in Springfield, Missouri. The facility has the necessary medical treatment to assist Mr. Flores-Lopez with his dialysis.

On Wednesday, October 5, 2022, my office received a call from Deputy U.S. Marshal Jose Gonzalez. Deputy Gonzalez informed my office that when Mr. Flores- Lopez surrenders

himself, it is unlikely that he will receive the dialysis treatment required (three days a week) while awaiting transportation at the Fresno County Jail and while enroute to his designated location. Deputy Gonzalez suggested he fly directly to Springfield, Missouri, however, Mr. Flores-Lopez does not have the proper documentation (Mr. Flores-Lopez is undocumented) to board a commercial flight.

Because of Mr. Flores-Lopez' illness and medical treatment he is unable to work. His wife, Gabriella, has become the sole provider for the family. Gabriella works for B&B Contracting who contracts with packing companies in the Central Valley. She works as a cold storage packer with grapes and has informed my office that from September through December is a "busy season." Mrs. Flores-Lopez works nine-hour shifts, Monday through Saturday.

In speaking to Gabriella, she stated if Mr. Flores-Lopez does not receive the dialysis treatment he becomes fatigued, has shortness of breath, and would require hospitalization to drain the fluid from his body. The extension of the surrender date would allow Mrs. Flores-Lopez to make the necessary the arrangements to drive her husband to Missouri and not miss time from work. In addition, the date requested allows Mr. Flores-Lopez to receive his last treatment on Thursday, December 15, 2022, surrender himself to MCFP on Monday, December 19, 2022, and receive medical treatment soon after.

I have spoken to Mr. Flores-Lopez wife, Gabriella, who has informed me she can drive her husband directly to the designated facility.

Based in the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date.

Respectfully Submitted,

DATED: October 7, 2022        */s/ David A Torres*
                              DAVID A. TORRES
                              Attorney for Defendant
                              LLAIRS FLORES-LOPEZ

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date is extended to December 19, 2022.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

UNITED STATES DISTRICT JUDGE